JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QWENTE BRYANT, ET AL. ) | CASE NO. SACV 10-0906-DOC(AJWx) |
| Plaintiff(s), ) | |
| V. ) | ORDER DISMISSING CIVIL ACTION |
| BAR LOUI ANAHEIM, INC., ET AL., ) | |
| Defendant(s). ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:   September 13, 2012

_____
DAVID O. CARTER
United States District Judge